FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-CR-2039-MKD-7 |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT |
| vs. | |
| MARIA T. MONTELONGO (7), | **ECF No. 343** |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 343. On August 13, 2024, the United States and Defendant Montelongo (7) entered into a Pretrial Diversion Agreement. ECF No. 176. The diversion period ends on August 13, 2026. *Id.* The United States advises that the United States Probation Office and law enforcement are unaware of any violations by Defendant Montelongo (7). ECF No. 343 at 1. Pursuant to the terms of the Pretrial Diversion Agreement and Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the Superseding Indictment dated August 8, 2023, ECF No. 38, with prejudice, against Defendant Montelongo (7).

ORDER - 1

The Court has reviewed the record and is fully informed.  The Court finds good cause to grant the motion.

Accordingly, **IT IS ORDERED:**

1.    The United States' Motion to Dismiss Indictment, **ECF No. 343,** is **GRANTED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel and the U.S. Probation Office**.**

DATED August 6, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2